| **Fill in this information to identify your case and this filing:** | |
|---|---|

| Debtor 1 | **Edward VerVane** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | | |
| Case number | 8:18-bk-07674 | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                       12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☒ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☒ Yes

| 3.1 | Make: | **Jeep** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Wrangler 4WD** | ☒ Debtor 1 only | | |
| | Year: | **2008** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **101000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | $14,500.00 | $14,500.00 |

| 3.2 | Make: | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | | ☒ Debtor 1 only | | |
| | Year: | | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **2008 Ford Econo Club Wagon (168,000 miles)** | | ☐ Check if this is community property (see instructions) | $4,000.00 | $4,000.00 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1    **VerVane, Edward**                                      Case number (if known)    **8:18-bk-07674**

3.3    Make: _____
       Model: _____
       Year: _____
       Approximate mileage: _____
       Other information:

       **2007 Harley Davidson
       Motorcycle**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
     (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,500.00 | $6,500.00 |

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1    Make: _____
       Model: _____
       Year: _____
       Other information:

       **1990 Thompson Carrera boat**

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
     (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,500.00 | $4,500.00 |

4.2    Make: _____
       Model: _____
       Year: _____
       Other information:

       **20' Trailer**

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
     (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200.00 | $200.00 |

---

5    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**.........................................................................=>

| $29,700.00 |
|---|

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes.  Describe.....

| Desk, coffee table, end table | $150.00 |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☑ Yes.  Describe.....

| Cell phone | $50.00 |
|---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☑ No
    ☐ Yes.  Describe.....

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Debtor 1 | **VerVane, Edward** | Case number *(if known)* | **8:18-bk-07674** |

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.....

| **5 bowling balls** | **$100.00** |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
■ Yes. Describe.....

| **1979 Smith & Wesson .38 caliber pistol** | **$100.00** |

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| **Clothing** | **$50.00** |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| **Costume jewelry** | **$25.00** |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................................

| **$475.00** |

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes...................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................                    Institution name:

| 17.1. | **Checking Account** | **Bank of America** | **$800.00** |

| Debtor 1 | **VerVane, Edward** | Case number *(if known)* | **8:18-bk-07674** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| | **100% interest in Winsulator Corporation** | | |
| | ***Assets of corporation include pending lawsuit** | | |
| | **against ILPEA Industries, Inc., the Winsulator** | | |
| | **trademark, and a small amount of equipment.** | | |
| | **The corporation's debts likely exceed the value** | | |
| | **of its assets.** | **100.00   %** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                   Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                   Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

Debtor 1    **VerVane, Edward** _____    Case number *(if known)*    **8:18-bk-07674**

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

|  Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................

| | $800.00 |
| --- | --- |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

| Debtor 1 | **VerVane, Edward** | Case number *(if known)* | **8:18-bk-07674** |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................      **$0.00**

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** .............................................................................................    **$0.00**

56. **Part 2: Total vehicles, line 5**      **$29,700.00**

57. **Part 3: Total personal and household items, line 15**      **$475.00**

58. **Part 4: Total financial assets, line 36**      **$800.00**

59. **Part 5: Total business-related property, line 45**      **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

61. **Part 7: Total other property not listed, line 54**      +      **$0.00**

62. **Total personal property.** Add lines 56 through 61...      **$30,975.00**    Copy personal property total      **$30,975.00**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62      **$30,975.00**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edward VerVane** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | 8:18-bk-07674 |

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Jeep Wrangler 4WD 2008 101000**<br>Line from *Schedule A/B* 3.1 | $14,500.00 | ■ | $1,000.00 | Fla. Stat. § 222.25(1) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Jeep Wrangler 4WD 2008 101000**<br>Line from *Schedule A/B* 3.1 | $14,500.00 | ■ | $2,500.00 | Fla. Stat. § 222.25(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2007 Harley Davidson Motorcycle**<br>Line from *Schedule A/B* 3.3 | $6,500.00 | ■ | $425.00 | Fla. Stat. § 222.25(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Desk, coffee table, end table**<br>Line from *Schedule A/B* 6.1 | $150.00 | ■ | $150.00 | Fla. Const. Art X, § 4(a)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cell phone**<br>Line from *Schedule A/B* 7.1 | $50.00 | ■ | $50.00 | Fla. Stat. § 222.25(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **5 bowling balls**<br>Line from *Schedule A/B*: **9.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.25(4)** |
| **1979 Smith & Wesson .38 caliber pistol**<br>Line from *Schedule A/B*: **10.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.25(4)** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art X, § 4(a)(2)** |
| **Costume jewelry**<br>Line from *Schedule A/B*: **12.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.25(4)** |
| **Bank of America**<br>Line from *Schedule A/B*: **17.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.25(4)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edward VerVane** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | **8:18-bk-07674** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Santander Consumer USA**<br>Creditor's Name | Describe the property that secures the claim:<br>**2008 Jeep Wrangler 4WD** | $10,944.63 | $14,500.00 | $0.00 |

**P.O. Box 660633**
**Dallas, TX 75266**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number     **1562**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $10,944.63 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $10,944.63 |

### Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edward VerVane** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | **8:18-bk-07674** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** <br> Priority Creditor's Name | Last 4 digits of account number _____ | $50,000.00 | $50,000.00 | $0.00 |
| | When was the debt incurred?  **2014-2017** | | | |
| **P.O. Box 7317** <br> **Philadelphia, PA 14101** <br> Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1  **VerVane, Edward**                    Case number (if know)   **8:18-bk-07674**

| 4.1 | **3080 N 301, Inc.** | Last 4 digits of account number _____ | **$8,572.22** |

Nonpriority Creditor's Name

**c/o Hutton & Dominko, PLLC**
**2639 Fruitville Rd Ste 302**
**Sarasota, FL 34237-5219**
When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.2 | **Al Slickers** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**500 The Esplanade N # 305**
**Venice, FL 34285-1533**
When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

| 4.3 | **Alex Pappas** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**82 Rutledge Ave**
**Charleston, SC 29401-1725**
When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Debtor 1  **VerVane, Edward**                                      Case number (if know)    **8:18-bk-07674**

---

| 4.4 | **Allure Salon** | Last 4 digits of account number | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**415 King St**
**Charleston, SC 29403-6407**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 | **Andrew Wall** | Last 4 digits of account number | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**99 S Battery St**
**Charleston, SC 29401-2321**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.6 | **Applied Technical Services** | Last 4 digits of account number | | $3,612.50 |

Nonpriority Creditor's Name

When was the debt incurred?

**1049 Triad Ct**
**Marietta, GA 30062-2259**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1  **VerVane, Edward**                                    Case number (if know)   **8:18-bk-07674**

| | | |
|---|---|---|
| 4.7 | **Avalon Home Management** | Last 4 digits of account number _____ | $4,974.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 1578**
**Johns Island, SC 29457-1578**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| | | |
|---|---|---|
| 4.8 | **Bank Of America** | Last 4 digits of account number  **1012** | $470.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**P.O. Box 982235**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| | | |
|---|---|---|
| 4.9 | **Bio-Plastic Solutions LLC** | Last 4 digits of account number _____ | $1,304.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**526 3rd St NE**
**Blooming Prairie, MN 55917-1233**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1  **VerVane, Edward**                                    Case number (if know)    **8:18-bk-07674**

| 4.10 | **Bob and Nella Gebhardt** | | unknown |

Nonpriority Creditor's Name

**32 Society St**
**Charleston, SC 29401-1626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.11 | **Carolina Art Association** | | unknown |

Nonpriority Creditor's Name

**135 Meeting St Ste 106**
**Charleston, SC 29401-2217**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.12 | **Charlie Maerzke** | | unknown |

Nonpriority Creditor's Name

**157 Tampa Ave E # 907**
**Venice, FL 34285-1944**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1   **VerVane, Edward**                                     Case number (if known)   **8:18-bk-07674**

| 4.13 | **Charming Inns in Charleston** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**212 1/2 King St**
**Charleston, SC 29401-3147**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.14 | **Coastal Children's Advocacy Center** | Last 4 digits of account number | | **$5,995.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**401 E 40th St**
**Savannah, GA 31401-9156**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.15 | **Comcast Cable** | Last 4 digits of account number   **2846** | | **$1,140.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**1 Comcast Ctr**
**Philadelphia, PA 19103-2838**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1   **VerVane, Edward**                                                       Case number (if know)   **8:18-bk-07674**

---

| 4.16 | **Craig Troyer** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **12/18/2017**

**3350 S Osprey Ave # 208**
**Sarasota, FL 34239-5900**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify _____

---

| 4.17 | **Dave and Carol Davis** | Last 4 digits of account number _____ | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

**147 Tampa Ave E**
**Venice, FL 34285-1945**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ■ Contingent
☐ Debtor 2 only                                ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify _____

---

| 4.18 | **Drew Tennimon** | Last 4 digits of account number _____ | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

**4433 Sandpine Ln**
**Sarasota, FL 34241-9232**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ■ Contingent
☐ Debtor 2 only                                ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1  **VerVane, Edward**                              Case number (if know)  **8:18-bk-07674**

---

| 4.19 | **Duffy & Young LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**96 Broad St**
**Charleston, SC 29401-2201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.20 | **Eddie Kaprellian** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**202 Starling Dr**
**Sarasota, FL 34231**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.21 | **Edenton Historical Commission** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**505 S Broad St**
**Edenton, NC 27932-1937**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1   **VerVane, Edward**                                    Case number (if know)   **8:18-bk-07674**

---

**4.22**

| | |
|---|---|
| **Edward Jones** | Last 4 digits of account number _____    **unknown** |
| Nonpriority Creditor's Name | |
| | When was the debt incurred? _____ |
| **2426 Bee Ridge Rd** | |
| **Sarasota, FL 34239-6350** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ■ Contingent |
| ☐ Debtor 2 only | ■ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify _____ |
| ☐ Yes | |

---

**4.23**

| | |
|---|---|
| **First Premier Bank** | Last 4 digits of account number _____    **$496.00** |
| Nonpriority Creditor's Name | |
| | When was the debt incurred? _____ |
| **PO Box 5147** | |
| **Sioux Falls, SD 57117-5147** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify _____ |
| ☐ Yes | |

---

**4.24**

| | |
|---|---|
| **FLUOR** | Last 4 digits of account number _____    **unknown** |
| Nonpriority Creditor's Name | |
| | When was the debt incurred? _____ |
| **105 Yorktown Ave** | |
| **Jacksonville, FL 32212** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ■ Contingent |
| ☐ Debtor 2 only | ■ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify _____ |
| ☐ Yes | |

---

| Debtor 1 | **VerVane, Edward** | Case number (if know) | **8:18-bk-07674** |
|---|---|---|---|

---

**4.25**

**Ge Capital Retail Bank**
Nonpriority Creditor's Name

**PO Box 960061**
**Orlando, FL 32896-0061**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **9441**                                    **$1,014.92**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.26**

**Greg Twarowski**
Nonpriority Creditor's Name
**America's Super Pawn**
**1120 N Washington Blvd**
**Sarasota, FL 34236-3428**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____                                    **$7,500.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.27**

**Harrod Properties**
Nonpriority Creditor's Name

**8333 Bryan Dairy Rd**
**Largo, FL 33777-1230**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____                                    **unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **VerVane, Edward**                                      Case number (if know)   **8:18-bk-07674**

---

**4.28**  | **Historic Savannah Foundation**
Nonpriority Creditor's Name
**Attn: Daniel Cary**
**321 E York St**
**Savannah, GA 31401-3814**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.29**  | **Huss, inc.**
Nonpriority Creditor's Name

**PO Box 12339**
**Charleston, SC 29422-2339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.30**  | **Intercoastal Medical Group**
Nonpriority Creditor's Name

**943 S. Beneva Rd. #306**
**Sarasota, FL 34232**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4752**          **$7,357.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **VerVane, Edward**                                       Case number (if know)    **8:18-bk-07674**

---

| 4.31 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**    **2011-2013**

**P.O. Box 7317**
**Philadelphia, PA 14101**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify _____

---

| 4.32 | **J.T. Turner Construction** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**PO Box 6190**
**Savannah, GA 31414-6190**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ■ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify _____

---

| 4.33 | **Jack Burnett** | Last 4 digits of account number _____ | **$13,200.00** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**30 Broad St**
**Charleston, SC 29401-3004**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1  **VerVane, Edward**                                      Case number (if know)    **8:18-bk-07674**

---

| 4.34 | **Jennifer and Adam Steen** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**9 Rutledge Ave**
**Charleston, SC 29401-1814**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                              ■ Contingent
☐ Debtor 2 only                                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                                 ■ Disputed
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**            **Type of NONPRIORITY unsecured claim:**
                                                             ☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                        ■ Other. Specify _____

---

| 4.35 | **Jeremy Willits** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**27 Wentworth St**
**Charleston, SC 29401-1625**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                              ■ Contingent
☐ Debtor 2 only                                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                                 ■ Disputed
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**            **Type of NONPRIORITY unsecured claim:**
                                                             ☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                        ■ Other. Specify _____

---

| 4.36 | **Joe Petrillo** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**85 Cumberland St**
**Charleston, SC 29401-3142**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                              ■ Contingent
☐ Debtor 2 only                                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                                 ■ Disputed
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**            **Type of NONPRIORITY unsecured claim:**
                                                             ☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                        ■ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1  **VerVane, Edward** _____  Case number *(if know)*  **8:18-bk-07674**

---

| 4.37 | **King Charles Inn** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**237 Meeting St**
**Charleston, SC 29401-1609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.38 | **Larry Forman** | Last 4 digits of account number _____ | **$17,187.00** |

Nonpriority Creditor's Name

When was the debt incurred?  **10/28/2017**

**196 Lookout Dr**
**Dayton, OH 45419-3811**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.39 | **Linda Hansen** | Last 4 digits of account number _____ | **$7,000.00** |

Nonpriority Creditor's Name

When was the debt incurred?  **11/27/2017**

**3540 Tree Line Ct**
**Sarasota, FL 34231-8248**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1   **VerVane, Edward**                                     Case number (if know)   **8:18-bk-07674**

| | |
|---|---|
| 4.40 | **Michele Stephan** |

**Michele Stephan**
Nonpriority Creditor's Name

Last 4 digits of account number _____    $3,612.00

When was the debt incurred? _____

**100 Wallace Ave Ste 130**
**Sarasota, FL 34237-6041**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | |
|---|---|
| 4.41 | **Morgan Law Group, P.A.** |

**Morgan Law Group, P.A.**
Nonpriority Creditor's Name

Last 4 digits of account number _____    $18,132.00

When was the debt incurred? _____

**2364 Fruitville Rd**
**Sarasota, FL 34237-6114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | |
|---|---|
| 4.42 | **New South Construction** |

**New South Construction**
Nonpriority Creditor's Name

Last 4 digits of account number _____    unknown

When was the debt incurred? _____

**1554 US Highway 80 E**
**Pooler, GA 31322-9527**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1   **VerVane, Edward**                                    Case number (if know)   **8:18-bk-07674**

---

| 4.43 | **Pat and Ralph Horak** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?   _____

**157 Tampa Ave E # 601**
**Venice, FL 34285-1943**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.44 | **Peter J. Grilli, P.A.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?   _____

**3001 W Azeele St**
**Tampa, FL 33609-3138**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.45 | **Pinckney Inn** | Last 4 digits of account number _____ | **$4,777.00** |

Nonpriority Creditor's Name

When was the debt incurred?   _____

**40 Pinckney St**
**Charleston, SC 29401-3115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1  **VerVane, Edward**                                    Case number (if know)    **8:18-bk-07674**

---

| 4.46 | **Planters Inn** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**112 N Market St**
**Charleston, SC 29401-3157**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.47 | **Premier Bank** | Last 4 digits of account number | **5725** | **$399.12** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 5519**
**Sioux Falls, SD 57117-5519**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.48 | **Robert Schofield** | Last 4 digits of account number | | **$13,200.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**3 Chisolm St Unit 304**
**Charleston, SC 29401-1841**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1  **VerVane, Edward**                                          Case number (if know)   **8:18-bk-07674**

---

| 4.49 | **Sarasota County School Board** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**4460 Beneva Rd**
**Sarasota, FL 34233-1750**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.50 | **Sarasota Memorial Health Care Systems** | Last 4 digits of account number  **8265** | **$110.85** |

Nonpriority Creditor's Name

**1700 S. Tamiami Tr.**
**Sarasota, FL 34239**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.51 | **Scott Bluestein** | Last 4 digits of account number _____ | **$2,232.00** |

Nonpriority Creditor's Name

**187 Coming St**
**Charleston, SC 29403-5438**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1  **VerVane, Edward**                                    Case number (if know)   **8:18-bk-07674**

---

| 4.52 | **Second District Court of Appeal** | Last 4 digits of account number _____ | **$24,015.00** |

Nonpriority Creditor's Name

**Attn: Frank James, Facilities Dir.**
**811 E Main St**
**Lakeland, FL 33801-5126**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.53 | **St. Johannes Lutheran Church** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**50 Hasell St**
**Charleston, SC 29401-1616**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.54 | **Stetson University College of Law** | Last 4 digits of account number _____ | **$24,015.00** |

Nonpriority Creditor's Name

**1700 N Tampa St**
**Tampa, FL 33602-2606**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1    **VerVane, Edward**                    Case number (if know)    **8:18-bk-07674**

| 4.55 | **Sue Page** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**1064 N Tamiami Trl**
**Sarasota, FL 34236-2435**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.56 | **Sun Coast Web Service** | Last 4 digits of account number _____ | **$192.00** |

Nonpriority Creditor's Name

**603 Major Conley Rd Apt B**
**Marion, NC 28752-7457**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.57 | **The Mills House - Wyndham Grand Hotel** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**115 Meeting St**
**Charleston, SC 29401-2214**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1 **VerVane, Edward**

Case number (if know)   **8:18-bk-07674**

---

| 4.58 | **Tri County Glass Inc.** |
|---|---|

Nonpriority Creditor's Name

**21905 Three Notch Rd**
**Lexington Park, MD 20653-1599**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.59 | **Trident Sustainability Group** |
|---|---|

Nonpriority Creditor's Name

**210 E Bay St**
**Savannah, GA 31401-1204**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.60 | **Wayne Myers** |
|---|---|

Nonpriority Creditor's Name

**770 S Palm Ave**
**Sarasota, FL 34236-7769**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1    **VerVane, Edward**

Case number (if know)    **8:18-bk-07674**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  | **Total Claim** |
|---|---|---|
| 6a. | **Domestic support obligations** | 6a. $ 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 50,000.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ 50,000.00 |

**Total claims from Part 2**

|  |  | **Total Claim** |
|---|---|---|
| 6f. | **Student loans** | 6f. $ 0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 270,507.61 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ 270,507.61 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edward VerVane** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | **8:18-bk-07674** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Allen Jenkins**<br>**Seaside Paradise Rentals**<br>**1730 Stickney Point Rd**<br>**Sarasota, FL 34231-8845** | **Residential apartment lease** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Edward VerVane** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number | **8:18-bk-07674** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.2**___<br>☐ Schedule G _____<br>**Al Slickers** |
| 3.2 | **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.3**___<br>☐ Schedule G _____<br>**Alex Pappas** |
| 3.3 | **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.4**___<br>☐ Schedule G _____<br>**Allure Salon** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1   **VerVane, Edward**                                         Case number *(if known)*   **8:18-bk-07674**

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4   **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.5**<br>☐ Schedule G _____<br>**Andrew Wall** |
| 3.5   **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.6**<br>☐ Schedule G _____<br>**Applied Technical Services** |
| 3.6   **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.7**<br>☐ Schedule G _____<br>**Avalon Home Management** |
| 3.7   **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.9**<br>☐ Schedule G _____<br>**Bio-Plastic Solutions LLC** |
| 3.8   **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.10**<br>☐ Schedule G _____<br>**Bob and Nella Gebhardt** |
| 3.9   **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.11**<br>☐ Schedule G _____<br>**Carolina Art Association** |
| 3.10   **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.12**<br>☐ Schedule G _____<br>**Charlie Maerzke** |
| 3.11   **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.13**<br>☐ Schedule G _____<br>**Charming Inns in Charleston** |

Debtor 1  **VerVane, Edward**                                     Case number *(if known)*  **8:18-bk-07674**

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.14**__<br>☐ Schedule G _____<br>**Coastal Children's Advocacy Center** |
| 3.13  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.16**__<br>☐ Schedule G _____<br>**Craig Troyer** |
| 3.14  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Dave and Carol Davis** |
| 3.15  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.18**__<br>☐ Schedule G _____<br>**Drew Tennimon** |
| 3.16  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**Duffy & Young LLC** |
| 3.17  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.20**__<br>☐ Schedule G _____<br>**Eddie Kaprellian** |
| 3.18  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.21**__<br>☐ Schedule G _____<br>**Edenton Historical Commission** |
| 3.19  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.22**__<br>☐ Schedule G _____<br>**Edward Jones** |

Debtor 1    **VerVane, Edward**                                    Case number *(if known)*    **8:18-bk-07674**

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**FLUOR** |
| 3.21  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Greg Twarowski** |
| 3.22  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Harrod Properties** |
| 3.23  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Historic Savannah Foundation** |
| 3.24  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Huss, inc.** |
| 3.25  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>**J.T. Turner Construction** |
| 3.26  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Jack Burnett** |
| 3.27  **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Jennifer and Adam Steen** |

Debtor 1    **VerVane, Edward**                              Case number *(if known)*    **8:18-bk-07674**

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.28 | **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.35**<br>☐ Schedule G _____<br>**Jeremy Willits** |
| 3.29 | **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.36**<br>☐ Schedule G _____<br>**Joe Petrillo** |
| 3.30 | **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.37**<br>☐ Schedule G _____<br>**King Charles Inn** |
| 3.31 | **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.38**<br>☐ Schedule G _____<br>**Larry Forman** |
| 3.32 | **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.39**<br>☐ Schedule G _____<br>**Linda Hansen** |
| 3.33 | **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.40**<br>☐ Schedule G _____<br>**Michele Stephan** |
| 3.34 | **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.41**<br>☐ Schedule G _____<br>**Morgan Law Group, P.A.** |
| 3.35 | **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.42**<br>☐ Schedule G _____<br>**New South Construction** |

Debtor 1  **VerVane, Edward**                                                    Case number *(if known)*  **8:18-bk-07674**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36 **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.43**<br>☐ Schedule G _____<br>**Pat and Ralph Horak** |
| 3.37 **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.45**<br>☐ Schedule G _____<br>**Pinckney Inn** |
| 3.38 **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.46**<br>☐ Schedule G _____<br>**Planters Inn** |
| 3.39 **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.48**<br>☐ Schedule G _____<br>**Robert Schofield** |
| 3.40 **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.49**<br>☐ Schedule G _____<br>**Sarasota County School Board** |
| 3.41 **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.51**<br>☐ Schedule G _____<br>**Scott Bluestein** |
| 3.42 **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.52**<br>☐ Schedule G _____<br>**Second District Court of Appeal** |
| 3.43 **Winsulator Corporation**<br>**3350 S Osprey Ave # 102A**<br>**Sarasota, FL 34239-5917** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.53**<br>☐ Schedule G _____<br>**St. Johannes Lutheran Church** |

| Debtor 1 | **VerVane, Edward** | Case number *(if known)* | **8:18-bk-07674** |

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.44  **Winsulator Corporation**
**3350 S Osprey Ave # 102A**
**Sarasota, FL 34239-5917**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.54**___
☐ Schedule G _____
**Stetson University College of Law**

---

3.45  **Winsulator Corporation**
**3350 S Osprey Ave # 102A**
**Sarasota, FL 34239-5917**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.55**___
☐ Schedule G _____
**Sue Page**

---

3.46  **Winsulator Corporation**
**3350 S Osprey Ave # 102A**
**Sarasota, FL 34239-5917**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.57**___
☐ Schedule G _____
**The Mills House - Wyndham Grand Hotel**

---

3.47  **Winsulator Corporation**
**3350 S Osprey Ave # 102A**
**Sarasota, FL 34239-5917**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.58**___
☐ Schedule G _____
**Tri County Glass Inc.**

---

3.48  **Winsulator Corporation**
**3350 S Osprey Ave # 102A**
**Sarasota, FL 34239-5917**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.59**___
☐ Schedule G _____
**Trident Sustainability Group**

---

3.49  **Winsulator Corporation**
**3350 S Osprey Ave # 102A**
**Sarasota, FL 34239-5917**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.60**___
☐ Schedule G _____
**Wayne Myers**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Edward VerVane** |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number<br>(If known) | **8:18-bk-07674** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I
## Schedule I: Your Income                                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

**Part 2:**        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $        **0.00** | $        **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$        **0.00** | +$        **N/A** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $        **0.00** | $        **N/A** |

Debtor 1    **VerVane, Edward**                                  Case number (*if known*)    **8:18-bk-07674**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | | $ 0.00 | $ N/A |
| **5. List all payroll deductions:** | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | | $ 0.00 + | $ N/A |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 0.00 | $ N/A |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 0.00 | $ N/A |
| **8. List all other income regularly received:** | | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | | $ 1,031.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | | $ 0.00 + | $ N/A |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 1,031.00 | $ N/A |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 1,031.00 + $ N/A = | $ 1,031.00 |

**11. State all other regular contributions to the expenses that you list in** *Schedule J***.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. +$  0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies.    12. $ 1,031.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain: [_____]

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Edward VerVane** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (If known) | **8:18-bk-07674** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☒ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No

   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | **Your expenses** |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,200.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1  **VerVane, Edward**                                     Case number (if known)  **8:18-bk-07674**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b.   Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 45.00 |
| | 6d.   Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 100.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 45.00 |
| 11. | **Medical and dental expenses** | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | 65.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 60.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | 0.00 |
| | 15b.   Health insurance | 15b. $ | 0.00 |
| | 15c.   Vehicle insurance | 15c. $ | 50.00 |
| | 15d.   Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | 351.52 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.   Other. Specify: | 17c. $ | 0.00 |
| | 17d.   Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | 19. $ | 0.00 |
| | Specify: | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a.   Mortgages on other property | 20a. $ | 0.00 |
| | 20b.   Real estate taxes | 20b. $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 2,016.52 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 2,016.52 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 1,031.00 |
| | 23b.   Copy your monthly expenses from line 22c above. | 23b. -$ | 2,016.52 |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -985.52 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.      Explain here:

**Fill in this information to identify your case:**

Debtor 1    **Edward VerVane**
　　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Debtor 2
(Spouse if, filing)　　First Name　　　　　　Middle Name　　　　　　Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number    **8:18-bk-07674**
(if known)

☐ Check if this is an
　　amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Edward VerVane**　　　　　　　　X _____
　**Edward VerVane**　　　　　　　　　　　Signature of Debtor 2
　Signature of Debtor 1

　Date  **September 25, 2018**　　　　　　Date _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Edward VerVane** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | **8:18-bk-07674** |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

| | | |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................................ | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $ 30,975.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................................ | $ 30,975.00 |

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

| | | |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 10,944.63 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F...........................* | $ 50,000.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F..........................* | $ 270,507.61 |
| | **Your total liabilities** | $ 331,452.24 |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I..............................................................* | $ 1,031.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J.........................................................* | $ 2,016.52 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C.§ 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1   **VerVane, Edward**                                   Case number *(if known)*  **8:18-bk-07674**

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                   $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $           0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $      50,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $           0.00 |
| 9d. Student loans. (Copy line 6f.) | $           0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $           0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$           0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $      50,000.00 |